[No. 47849-4-I.   Division One.   January 28, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID D. DODGE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01505-1, Ronald L. Castleberry, J., entered December 5, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47852-4-I.   Division One.   January 28, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE LEE NOISEY, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 00-1-00314-4, Susan K. Cook, J., entered September 28, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Kennedy and Ellington, JJ.

[No. 47878-8-I.   Division One.   January 28, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DELYS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08294-7, Ann Schindler, J., entered November 28, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 48027-8-I.   Division One.   January 28, 2002.]

CIMARRON ENTERPRISES, INC., *Appellant*, v. MORTGAGE EXCHANGE INVESTMENTS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 95-2-01056-6, Susan K. Cook, J., entered January 12, 2001. *Reversed* by unpublished per curiam opinion.